**Robert Lowney**
Chief, CSO - Programs Division



**CENTRAL VIOLATIONS BUREAU**
P.O. Box 780549
San Antonio, TX 78278

**Ted C. Willmann**
Branch Chief

(800) 827-2982
FAX: (210) 301-6401

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 FEB -9 AM 11:03

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext 6415

**District:** DISTRICT OF NEBRASKA

**Location Code:** NE16     **Citation Number(s):** 1752964

| | | |
|---|---|---|
| __LINC__ | **Hearing Site** | The location where the citation is scheduled. |
| 03/10/2016 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| _____ | **Protest** | The defendant is requesting a court date to protest the citation. |
| _____ | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| ✓ | **Miscellaneous** | See Remarks Section |

**Remarks:**
Agency request for void of citation(s).

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 FEB 22 AM 9:51

_____ Refund Approved
__X__ Dismissal Approved
_____ Close Citation
Further action to be taken by CVB or Agency, please specify: _____

Jesse Torrez
Case Processor

February 1, 2016
Date

Ordered this _22nd_ Day of _February_ 20 _16_

_____
U.S. Magistrate Judge     Magistrate Code: 676F

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

# United States District Court Violation Notice

**Violation Number:** 1752964
**CVB Location Code:** NE16
**Officer Name (Print):** STEFANINI
**Officer No.:** 1323

1752964

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 01/07/16 @ 0851
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
38 CFR 1.218(b)(25)
GRI

**Place of Offense:** STARS & STRIPES PARKING LOT, 20W A

**Offense Description:** PARKING IN PHYSICALLY DISABELED WITHOUT A PLACARD/PLATE.

### DEFENDANT INFORMATION
**Phone:** (308) 870-4101
**Last Name:** GUTHRIE
**First Name:** JAMES
**M.I.:** H
**Street Address:** 220 S. G STREET
**City:** BROKEN BOW
**State:** NE
**Zip Code:** 68822
**Date of Birth (mm/dd/yyyy):** 04/20/1930
**Drivers License No.:** H12335318
**D.L. State:** NE
**Social Security No.:** 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
☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female
**Hair:** GRY **Eyes:** BLU **Height:** 5'6" **Weight:** 207

### VEHICLE DESCRIPTION
**VIN:**
**Tag No.:** 4A9865 **State:** NE **Year:** 72 **Make/Model:** VOLKSWAGON **Color:** RED

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 50.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 75.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)  Original - CVB Copy

CVB SCAN JAN 15, 2016 14:15

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07 JANUARY, 20 16 while exercising my duties as a law enforcement officer in the _____ District of NEBRASKA,

THE POLICE SERVICE RECIEVED A COMPLAINT ABOUT VEHICLES PARKED IN SPACES RESERVED FOR DISABLED PEOPLE, WITHOUT PLACARDS OR LICENSE PLATES.

I WENT TO THE PARKING LOT AND BEGAN PARKING ENFORCEMENT BASED ON THIS COMPLAINT. THIS VEHICLE DID NOT HAVE A DISABLED PLACARD OR LICENSE PLATE DISPLAYED.
2016-01-07-0840-1934

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/07/2016  _John Stefanini_
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

CVB SCAN JAN 15, 2016 14:15

.01/29/2016  13:26  3083895194                NWIHCS VA POLICE                    #0379 P.002



# Department of
# Veterans Affairs Police

# Memorandum

**Date:** 29 January 2016

**From:** Detective, Police Service (GRI) (07)

**Subj:** Voiding of a US District Court Violation Notices

**To:** RCS Files

It is requested/ordered that the following listed U.S. District Court Violation Notice be **VOIDED** based on the below cited reason(s):

| U. S. District Court Violation Notice Number(s) |
|---|
| 1752964 |

| | REASON FOR REQUEST |
|---|---|
| | Department of Motor Vehicle File Not Updated |
| | Procedural Errors with Violation |
| | Parking Placard Issued but Not Visible |
| X | Handicap Permit issued but Not Visible |
| | Emergency Situation Constituted Violation |
| | Wrong Driver/Owner |
| | Discretionary (Chief of Police) |
| | Other (Explain) |

Provided evidence of a valid handicapped placard that was not displayed. Author of citation is voiding citation.

*[signature]*
Detective and citation author, Police Service (GRI) (07)

JOHNATHAN STEFANINI

# Veterans Affairs Police Service

## Violation

LNC
3/10/16

| | | | | |
|---|---|---|---|---|
| **Location:** | Nebraska Western | **Officer:** | STEFANINI, JOHNA | |
| **Violation #:** | 1752964 NG16 | **Issue Date/Time:** | 01/07/2016 0851 | |
| **Issued to:** | Guthrie, James | **Disposition** | Charged - Issued Ticket | |
| **Vehicle:** | Volkswagen Beetle | | | |

**Place of Violation**

| |
|---|
| 2201 N Broadwell Avenue |
| Grand Island           NE      68803 |

**Violation Description**

(GRI) Stars & Stripes Parking Lot, Row A. Parking in disabled parking without a placard or license plate.

**Ticket Type:** 38 CFR 1.218

**Offense:** (25) Parking in spaces posted as reserved for phys

**Offender Home Address**

| |
|---|
| 220 South G Street |
| Broken Bow           NE      68822 |

Printed: 1/29/2016 1:02:26PM

## VHA FAX TRANSMITTAL

This transmission is intended only for the use of the person or office to whom it is addressed and may contain information that is privileged, confidential, or protected by law. All others are hereby notified that receipt of this message does not waive any applicable privilege or exemption from disclosure and that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately at the telephone number shown below. Thank you.

## VA NEBRASKA-WESTERN IOWA HEALTH CARE SYSTEM

**Omaha Division (636)**
4101 Woolworth Ave
Omaha NE 68105

**Lincoln Division (636A5)**
600 South 70th Street
Lincoln NE 68510

**Grand Island Division (636A4)**
2201 North Broadwell Ave
Grand Island NE 68803

**Bellevue Division (636GL)**
2501 Capehart Rd.
Bellevue, NE 68113

**Holdrege Division (636GQ)**
1118 Burlington St.
Holdrege, NE 68949

**Norfolk Division (636GA)**
710 S. 13th Ste 1200
Norfolk, NE 68701

**North Platte Division (636GGB)**
600 E. Francis Ste 3
North Platte, NE 69101

**O'Neill Division (636A4)**
555 E. John St.
O'Neill, NE 68763

**Shenandoah Division (636GP)**
512 S. Fremont St.
Shenandoah, IA 51601

| TO: Central Violation Bureau | FAX [ ]FTS [ ]COMMERCIAL NUMBER: 210-301-6401 | NO. PAGES ATTACHED: 03 |
|---|---|---|
| **SUBJECT:** Void of USDCVN | | |
| **MESSAGE:** See attached documents | | |
| **FROM:** John Stefanini | **TELEPHONE** [ ]FTS [ ]COMMERCIAL **NUMBER:** 308-389-5198 | **DATE:** 01/29/2016 |

VA FORM 10-0114R
MAY 2000

(Master on file in Media/Omaha/Forms/FAXmaster 12-2011)




NE_LINC.wpd

In order to serve you better, please report any changes in contact information including address updates and email addresses to:

cvb@cvb.uscourts.gov

U.S. DISTRICT COURT
ATTN: JERI BIERBOWER
100 CENTENNIAL ML NO., RM 593
LINCOLN, NE 68501